UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FURNITURE COLLECTION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS ADAMSON HOME, LLC<br><br>Defendant. | CV 19-06254 PA (JPRx)<br><br>JUDGMENT |

Pursuant to the Court's October 18, 2019 Minute Order granting the Motion to Dismiss filed by defendant Harris Adamson Home, LLC ("Defendant"), which dismissed the claims asserted by plaintiff California Furniture Collection, Inc. ("Plaintiff") without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed without prejudice.

//

//

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing from this suit.

IT IS SO ORDERED.

DATED: October 18, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE